UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-CV-0227 (PJS/FLN) |
| Plaintiff, | |
| v. | ORDER |
| MARK W. JONES and STATE OF MINNESOTA, | |
| Defendants. | |

Erin Lindgren, UNITED STATES DEPARTMENT OF JUSTICE – TAX DIVISION, for plaintiff.

Mark W. Jones, pro se.

This matter is before the Court on defendant Mark Jones's objection to the May 14, 2015 Report and Recommendation ("R&R") of Magistrate Judge Franklin L. Noel. Judge Noel recommends denying Jones's motion to dismiss.[1] The Court has conducted a de novo review. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Based on that review, the Court overrules Jones's objection and adopts Judge Noel's R&R.

ORDER

Based on the foregoing, and on all of the files, records, and proceedings herein,

---

[1] Judge Noel also granted in part the government's motion to compel and granted the government's motion for an extension of time to complete discovery. Neither side has objected to these rulings.

the Court OVERRULES defendant's objection [ECF No. 52, 53] and ADOPTS the R&R [ECF No. 50].  Accordingly, IT IS HEREBY ORDERED THAT defendant's motion to dismiss [ECF No. 39] is DENIED.

Dated: June 2, 2015                             s/Patrick J. Schiltz
                                                Patrick J. Schiltz
                                                United States District Judge